## TABLE OF AUTHORITIES

*Cases*

*Adams v. Williams*, 407 U.S. 143, 149, (1972) .................................................................. 22

*Albright v. Oliver, 510 U.S. 266, 273, 114 S. Ct. 807, 127 L. Ed. 2d 114 (1994)* ........................ 20

*Ammerman v. Newman*, 384 A.2d 637, 639 (D.C. 1978) .............................................................. 42

*Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 252 (1986) .................................................... 12, 29

*Arbitraje Casa de Cambio, S.A. de C.V. v. United States Postal Service*, 297 F. Supp. 2d 165,
   170 (D.D.C. 2003) ........................................................................................................ 15

*Ashcroft v. al-Kidd*, 563 U.S. 731, 742 (2011) ....................................................................... 29, 30

*Awabdy v. City of Adelanto*, 368 F.3d 1062, 1066 (9th Cir. 2004) ............................................... 41

*Baker v District of Columbia*, 326 F. 3d 1302, 1306-07 (D.C. Cir. 2003) ..................................... 40

*Beck v. Ohio*, 379 U.S. 89, 91 (1964) ..................................................................................... 22

*Bostic v. Henkels & McCoy, Inc.*, 748 A.2d 421, 425-26 (D.C. 2000) ........................................... 36

*Bradshaw v. District of Columbia*, 43 A.3d 318, 323 (D.C. 2012) ................................... 21, 22, 32

*Briscoe v. D.C.*, 62 A.3d 1275,1279 (D.C. 2012) .................................................................. 44, 46

*Brown v. Argenbright Security, Inc.*, 782 A.2d 752, 759-760 (D.C. App. 2001) ........................ 34

*Browning, et al. v. Clinton, et al*, 292 F.3d 235, 240-249, (D.C. Cir. 2002) ................................. 33

*Celotex Corp. v. Catrett*, 477 U.S. 317, 323-24 ....................................................................... 12

*City of Oklahoma City v. Tuttle,* 471 U.S. 808, 824 (1985) ......................................................... 36

*Competitive Enter. Inst. V. Mann*, 150 A.3d 1213, 1261 (D.C. 2016) ........................................ 33

*Cooke-Seals v. District of Columbia*, 973 F. Supp. 184, 186 (D.D.C. 1997) ............................... 33

*Cooper v. Henderson*, 174 F. Supp. 3d 193, 200 (D.D.C. 2016) ........................ 6, 7, 15, 24, 27, 45

*Currier v. Doran*, 242 F.3d 905, 923 (10th Cir. 2001) .............................................................. 30

*D.C. Water & Sewer Auth. V. Delon Hampton & Assocs.*, 851 A.2d 410, 412 (D.C. App. 2012)14

*DeWitt v. District of Columbia*, 43 A.3d 291, 296 (D.C. 2012) .................................................. 42

*District of Columbia v. Arnold & Porter*, 756 A.2d 535, 538 (D.C. 2000) ................................. 35

*District of Columbia v. Dunmore*, 662 A.2d 1356, 1359 (D.C. 1995) ........................................ 17

*District of Columbia v. Fowler*, 497 A.2d 456, 461 (D.C. 1985) ................................................ 44

*District of Columbia v. Minor*, 740 A.2d 523, 531 (D.C. 1999) ................................................. 32

*District of Columbia v. Peters*, 527 A.2d 1269 (D.C. App. 1987) .............................................. 36

*District of Columbia v. Woodbury*, 136 U.S. 450, 463 (1890) .................................................... 44

*Doe v. District of Columbia*, 796 F. 3d 96, 104 (D.C. Cir. 2015) ............................................... 30

*Duncan v. Children's Nat. Medical Center*, 702 A.2d 207, 211 (D.C. 1997) ............................. 33

*Elkins v. District of Columbia*, 690 F.3d 554, 560-62 (D.C. Cir. 2012) ..................................... 20

*Enders v. District of Columbia*, 4 A.3d 457, 461 (D.C. 2010) .............................................. 21, 27

*Funchess v. United States*, 677 A.2d 1019, 1020-21 (D.C. 1996) .............................................. 22

*George v. Dade*, 769 A.2d 760, 765 (D.C. 2001) ....................................................................... 18

*Gilbert v. Miodovnik*, 990 A.2d 983, 988 (D.C. 2010) ............................................................... 35

*Giles v. Shell Oil Corporation*, 487 A.2d 610, 613 (D.C. App. 1985) ........................................ 37

*Graham v. Connor, 490 U.S. 386, 395, 109 S. Ct. 1865, 104 L. Ed. 2d 443 (1989))* .................. 20

*Griggs v. Wash. Metro. Area Transit Authority,* 2002 U.S. Dist. LEXIS 18413 ......................... 36

*Groh v. Ramirez*, 540 U.S. 551, 567 (2004) ................................................................................ 28

*Harris v. United States VA*, 776 F.3d 907, 917 (D.C. Cir. 2015) ............................................... 19

*Hill v. District of Columbia*, 345 A.2d 867, 869 (D.C. 1975) ......................................... 16, 17, 36

*Holder v. District of Columbia*, 700 A.2d 738, 741 .............................................................. 19, 36

*Hunt v. District of Columbia*, No. 02-7044, 2002 U.S. App. LEXIS 18030 (D.C. Cir. 2002) (per curiam) ................................................................................................................................... 14

*Jarett v. Walker*, 201 A.2d 523, 526 (D.C. 1964) ...................................................................... 42

*Joeckel v. Disabled Am. Veterans*, 793 A.2d 1279, 1282 (D.C. 2002)..........................................42

*Jones v. District of Columbia Water and Sewer Authority* C.C. No. 12-cv-1454 (JEB), *2013 U.S. Dist. LEXIS*, 122483 \*11 ........................................................................................................ 15

*King, et al v. Kidd*, 640 A.2d 656, 668 (D.C. App. 1993) ............................................................ 34

*Kotch v. District of Columbia*, 924 A.2d 1040, 1046 (D.C. 2007) ................................................ 33

*Lee v. District of Columbia*,  22 A. 3d 734, 743   (D.C. 2011)..................................................... 25

*Lynn v. District of Columbia*, 734 A.2d 168, 171 (D.C. 1999)..................................................... 41

*Martin v. District of Columbia*, 720 F. Supp. 2d 19 (D.D.C. 2010) ...................................... 18, 38

*Messina v. District of Columbia,* 663 A.2d 535, 537 (D.C. 1995) ................................................ 35

*Michigan v. DeFillippo*, 443 U.S. 31, 36 (1979) .......................................................................... 21

*Miller v. Spencer*, 330 A.2d 250, 251 n. 1 (D.C. 1974)................................................................ 13

*Mincey v. Arizona,* 437 U.S. 385, 392 (1978)............................................................................... 30

*Minch v. District of Columbia*, 952 A.2d 929, 940 (D.C. 2008) ................................................... 32

*Mitchell v. Forsyth*, 472 U.S. 511, 526 (1985)). .......................................................................... 28

*Monell v. New York City Dep't of Soc. Servs.*, 436 U.S. 658, 691 (1978) .................................... 35

*Moore v. Hartman*, 102 F.Supp.3d 35, 114-115 (D.C. Dist. 2015) .............................................. 42

*Morowitz v. Marvel*, 423 A.2d 196, 198 (D.C. 1980).................................................................... 42

*Oden v. District of Columbia*, 79 F.2d 175, 176 (D.C. Cir. 1935) ............................................... 25

*Pearson v. Callahan*, 555 U.S. 223, 232 (2009)..................................................................... 28, 29

*Phelan v. City of Mount Rainer*, 805 A.2d 930, 936-941 (D.C. 2002)......................................... 37

*Pitt v. District of Columbia*, 491 F.3d at 505,.......................................................................... 41, 42

*Pitts v. District of Columbia,* 391 A.2d 803, 807 (D.C. 1978) ................................................ 17, 18

*Rajabi v. Potomac Electric Power Co.*, 650 A.2d 1319, 1322 (D.C 1994) ................................... 44

*Ray v District of Columbia*, 535 A.2d 868, 869 n. 2 (D.C. 1987) ................................................ 14

*Reichle v. Howards*, 132 S. Ct. 2088, 2093 (2012) ..................................................................... 30

*Roberson v. District of Columbia Bd. of Higher Ed.*, 359 A.2d 28, 31 n. 4 (D.C. 1976) ............. 13

*Sandwick v. District of Columbia*, 21 A.3d 997, (D.C. 2011) ....................................................... 22

*Saucier v. Katz*, 533 U.S. 194, 201 (2001) ................................................................................... 29

*Scott v. District of Columbia*, 101 F.3d 748, 753-54 (D.C. Circuit 1996)................................ 6, 21

*Shehyn v. District of Columbia*, 392 A.2d 1008, 1013 (D.C. 1978) ............................................. 17

*Smith v. District of Columbia, et al.*, 882 A.2d 778, 792-793 (D.C. App. 2005) ......................... 36

*Trifax Corp. v. District of Columbia,* 53 F. Supp. 2d 20 (D.C. Cir. 1999) ................................... 14

*United States v. Christian,* 187 F.3d 663, 667, (D.C. Cir. 1999)................................................... 22

*Warden Md. Penitentiary v. Hayden*, 387 U.S. 294, 298-99 (1964) ............................................ 31

*Washington Metro. Area Transit Auth. v. Ferguson*, 977 A.2d 375, 377 (D.C. 2009) ................ 44

*Weishapl v. Sowers*, 771 A.2d 1014, 1023 (D.C. 2001) ............................................................... 21

*Wesby v District of Columbia*, 765 F.3d 13, 19 (D.C. Circuit 2014)................................ 21, 22, 29

*West v. Atkins,* 487U.S. 42, 48 (1988) ......................................................................................... 35

*White v. Pauly*, 137 S.Ct. 548, 552 (2017) ............................................................................ 29, 36

*Williams v District of Columbia*, 9 A. 3d 484-493-94 (D.C. 2010)................................. 22, 33, 40

*Wilson v. District of Columbia*, 2013 CA 0077332 B, 2016 D.C. Super. Lexis 3, *4-5 (Feb. 2016)

........................................................................................................................................... 45

*Statutes*

42 U.S.C § 1983................................................................................................ 32, 35, 36, 37

D.C. Code § 12-309 .................................................................................................. 15, 16, 17

D.C. Code § 23-581 (a)(1)(A).............................................................................................. 21

D.C. Code § 23-581 (a)(1)(B).............................................................................................. 21

4

D.C. Code § 23-581 (a)(1)(D)................................................................................... 21, 24, 28

D.C. Code § 43-1673 (1)............................................................................................. 13

D.C. Code § 50-2201.02 (8)........................................................................................ 22

D.C. Code § 50-2201.05c ..................................................................................... 21, 22

D.C. Code § 50-2206.14 ............................................................................................. 25

D.C. Code 5-401 ........................................................................................................ 14

DC Code § 5-101.01 .................................................................................................. 14

## *Rules*

Fed. R. Civ. P.  26(a)(2)............................................................................................. 33

Fed. R. Civ. Pro. 30(b)(6) .......................................................................................... 41