# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERE O. PLUMMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 15-cv-2147 (RDM) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION[1] EDWIN SCOTT LANDRUM

I, Edwin Scott Landrum, hereby declare that the following is true and accurate to the best of my knowledge, information and belief.

1.    I am over eighteen years of age, and I am competent to testify to the matters contained herein based solely upon my personal knowledge.

2.    On July 5, 2014, I owned a home and lived at 1221 Euclid Street, NW, Washington, DC.

3.    I am familiar with 1222 Fairmont Street, NW, where Vere Plummer lives, because the 1200 block of Fairmont Street is the next street behind the 1200 block of Euclid Street. The homes on the 1200 blocks of Euclid and Fairmont have garages, some of which are detached.

4.    People who live on the 1200 block of Euclid and Fairmont Streets can access their garage through an alley that runs between the two streets. My garage is directly across from Mr. Plummer's garage.

5.    I am also familiar with 1219 Euclid Street, NW, as that house was owned by my neighbor, Kenneth Taylor.

6.    In the early morning of July 5, 2014, I was at home sleeping but my windows were open because it was a very warm night.

7.    I was awakened by a noise that sounded like a car crash. I could hear the engine of a car running.

---

[1] Pursuant to *Cormier v. District of Columbia Water and Sewer Authority*, 959 A. 2d 658, 664 (D.C. 2008), "a declaration which complies with 28 U.S.C. § 1746 (2) constitutes an "affidavit" within the meaning of Super. Ct. Civ. R. 56."

8.    Initially, I went out my back door to see what was going on but because a car was stopped close to the garage door I decided go out my front door and walk around to my garage..

9.    As I walked down the alleyway towards my house I observed that a black sedan had crashed into the garage belonging to Mr. Taylor. The car's engine was still running, the car was in the drive position and the lights were on. I called 911.

10.    I also observed a lot of smoke coming from the car because the (left/right rear) tire was spinning and it created a hole in the surface of the roadway.

11.    Prior to this incident, the roadway in the alley was in good condition.

12.    As I approached the car I called 911 to report the car crash. Initially, I did not realize that someone was in the car.

13.    When I got closer to the car I observed a person who appeared to be unconscious because his head was slummed against the steering wheel.

14.    Initially, I did not realize that the person sitting in the driver's seat was Mr. Plummer, until I got closer to the car. I have known Mr. Plummer for over 28 years.

15.    Because the driver's side window was down, my house mate Gary Cooper reached in to the car to shake Mr. Plummer but he was unresponsive. When Mr. Cooper shook him a second time he did respond. Mr. Cooper offered to help him but he indicated that he was okay.

16.    Mr. Plummer then attempted to back his car up into his garage, which he was able to do but only after making four attempts to do so. I then asked Mr. Plumber if he was ok. He said he was.

17.    I was still on the scene when the EMT arrived.

18.    I heard the EMT asked Mr. Plummer if he needed help. Mr. Plummer stated that he did not need assistance.

19.    Later the police arrived and I informed the officers that Mr. Plumber had struck Mr. Taylor's garage, that he was unconscious, and his vehicle was running. At this time, I observed Mr. Taylor standing on his second floor balcony.

20.    I also heard the police ask Mr. Plummer several times to get out of his car but he refused to do so.

21.    Shortly after returning home, I received a telephone call from Mr. Plummer while he was still in his vehicle. He left a voice mail message asking me why I had called the police.

22.    Next, the police removed Mr. Plumber from his vehicle. At that point I went back inside my house.

2

I declare under the penalty of perjury that the statements contained herein are true and correct.

_____    _____
Date                                Edwin Scott Landrum