# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VERE O. PLUMMER,<br><br>      Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) C. A. No. 15-cv-2147 (RDM)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION[1] GARY COOPER

I, Gary Cooper, hereby declare that the following is true and accurate to the best of my knowledge, information and belief.

1.    I am over eighteen years of age, and I am competent to testify to the matters contained herein based solely upon my personal knowledge.

2.    On July 5, 2014, I lived at 1221 Euclid Street, NW, Washington, DC.

3.    I am familiar with 1222 Fairmont Street, NW, where Vere Plummer lives, because the 1200 block of Fairmont Street is the next street behind the 1200 block of Euclid Street. The homes on the 1200 blocks of Euclid and Fairmont have garages, some of which are detached.

4.    People who live on the 1200 block of Euclid and Fairmont Streets can access their garage via an alley that runs between the two streets. My garage is directly across from Mr. Plummer's garage.

5.    I am also familiar with 1219 Euclid Street, NW, as that house was owned by my neighbor, Kenneth Taylor.

6.    In the early morning of July 5, 2014, I was at home sleeping when I was awakened by the smell of something burning.

7.    I went outside through the rear entrance of my home and observed Mr. Plummer's car against the garage belonging to my neighbor, Mr. Kenneth Taylor. I saw that the car tires were spinning, which created a large amount of smoke.

---

[1] Pursuant to *Cormier v. District of Columbia Water and Sewer Authority*, 959 A. 2d 658, 664 (D.C. 2008), "a declaration which complies with 28 U.S.C. § 1746 (2) constitutes an "affidavit" within the meaning of Super. Ct. Civ. R. 56."

1

8.    I recognized the car as a black Jaguar belonging to Vere Plummer.

9.    Prior to this incident, the roadway in the alley was in good condition.

10.    I observed Mr. Plummer's head down and his chin pressed against the upper portion of his chest.

11.    I reached into the car and shook Mr. Plummer very hard but he was unresponsive. I shook him a second time and he did respond. I offered to help him but he waived me off.

12.    Mr. Plummer then attempted to back his car up into his garage, which he was able to do but only after the fourth attempt.

13.    I was still on the scene when the EMTs and the police arrived.

14.    I heard the police ask Mr. Plummer several times to get out of his car but he refused to do so.

15.    Shortly thereafter, I went back in my house.


I declare under the penalty of perjury that the statements contained herein are true and correct.


_24 January 2017_
Date

_Gary Cooper_
Gary Cooper

2