# EXHIBIT 5

# Landrum 911 Call
# To Be Submitted Directly to the Court