# EXHIBIT 9

# Plaintiff's 911 Call
# To Be Submitted Directly to the Court