# EXHIBIT 11

*C 7·31·14*

PD 163 Arrest No. 031423358

| METROPOLITAN POLICE DEPARTMENT | PERSON NOTIFIED OF NAME CHANGE - UNIT - DATE/TIME - NCIC NO. (ID ONLY) | ID NUMBER (ID ONLY) |
|---|---|---|
| Washington, D. C. | 1 | 683523 |
| ARREST/PROSECUTION REPORT | DEFENDANT'S TRUE NAME - LAST, FIRST, MIDDLE (ID ONLY) | CID NUMBER |
| P.D. 163 Rev. 5/2002    G.O. 401.5 | PLUMMER, VERE | |
| UNIT-ARREST NO. | DEFENDANT'S NAME - LAST, FIRST, MIDDLE (At time of arrest) | DEA LAB NUMBER |
| 031423358 | PLUMMER, VERE | |

| Arresting Officer's Name | TYPE OF RELEASE | | NICKNAME / ALIAS | PHONE NUMBER |
|---|---|---|---|---|
| NELSON, JOHN F | ☐ CITATION      ☐ BOND<br>☐ COLLATERAL | | | ~~redacted~~ |

| Rank | Badge # | Agency | COURT DATE | ADDRESS (Include Room / Apt. No. City & State if Outside D.C.) | |
|---|---|---|---|---|---|
| OFFI | 2617 | MPD | | 1222 FAIRMONT ST NW, # NW | |

| SEX | RACE | | | BIRTHDATE | | SOCIAL SECURITY NUMBER | |
|---|---|---|---|---|---|---|---|
| MALE | BLACK | | | ~~redacted~~ | | | |

| NEED INTERPRETER | HEIGHT | WEIGHT | HAIR | EYES | COMPLEX | PERMIT NO/ST | BIRTHPLACE (City & State) |
|---|---|---|---|---|---|---|---|
| NO | | 0 | | | | | |

| ETHNICITY | CAUTION | SCARS/MARKS/TATTOOS | |
|---|---|---|---|
| NOT OF HISPANIC ORIGIN | | | |

| HAT | JACKET | PANTS | COAT/SUIT | SHIRT/BLOUSE | SKIRT/DRESS |
|---|---|---|---|---|---|
| | | | | | |

SPECIAL INTELLIGENCE

☐ CHILD ABUSE    ☐ GANG    ☐ HATE    ☐ SENIOR CITIZEN    ☐ DOMESTIC VIOLENCE    ☐ GUN STAT

CHARGES (ENTER THE LEAD CHARGE FIRST)

| | CHARGES | NOI OR WARRANT NUMBER | CCN | MPD DISPOS. | COLLA./BOND RECEIPT NO. |
|---|---|---|---|---|---|
| 1 | LEAVING AFTER COLLIDING - PROPERTY DAMAGE | | 14098573 | | |

CO-DEFENDANTS        (NAME, ADDRESS, ZIP CODE AND PHONE NUMBER)

| LOCATION OF OFFENSE (Exact Address, include Room / Apt No.) | DATE OF OFFENSE | TIME OF OFFENSE |
|---|---|---|
| 1219 EUCLID ST NW, WASHINGTON, DC | 07/05/2014 | 0438 |
| LOCATION OF ARREST (Exact Address, Include Room / Apt No.) | DATE OF ARREST | TIME OF ARREST |
| 1219 EUCLID ST NW, WASHINGTON, DC | 07/05/2014 | 0438 |

ASSISTING OFFICER'S NAME, RANK, BADGE NO. & UNIT OR AGENCY, CAD

PROPERTY RECOVERY / ITEMS OF EVIDENCE

| INITALS - DATE - UNIT OF PERSON TAKING PRINT | RIGHT THUMB PRINT |
|---|---|
| | |

M. O. WEAPONS, HANGOUTS, HABITS, INSTRUMENTS

| CCB USE ONLY | HEIGHT | WEIGHT | HAIR | EYES | COMPLEX | SCARS/MARKS/TATTOOS |
|---|---|---|---|---|---|---|
| | | | | | | |

WALES / NCIC CHECK

*487596*

| CHECK MADE BY (NAME) | | NCIC NUMBER | WARRANT ON FILE (If Yes, enter Warrant Numbers) | | |
|---|---|---|---|---|---|
| | | | NO | | |

### DEFENDANT ADVISED OF RIGHTS

| DATE | TIME | LOCATION | OFFICER'S NAME - ADVISING / COMPLETING PD FORM 47/47A | BADGE NO. | UNIT |
|---|---|---|---|---|---|
| | | | | | |

### COMPLAINANTS / WITNESSES   (if sworn member - Name, Rank, Badge No. and Unit)

| | TYPE | NAME (LAST, FIRST, M.I.) | ADDRESS (STREET, CITY, STATE, ZIP CODE) | BIRTHDATE | HOME PHONE NO. | WORK PHONE NO. |
|---|---|---|---|---|---|---|
| 1 | COMPLAINANT | TAYLOR, ~~████████~~ | ~~████████████████████~~DC 20009 | ~~████~~ | ~~████████~~ | |
| 2 | WITNESS | COOPER, ~~████~~ | ~~████████ ST, WASHINGTON DC 20005~~ | ~~0███████~~ | ~~████████~~2 | |
| 3 | WITNESS | LANDRUM, ~~████~~ SCOTT | ~~████████████████~~DC | ~~████████~~ | ~~████████~~ | ~~████████~~ |

| SPEC. OPS | TACTIC | PREMISES | SCHOOL ZONE | PUBLIC HOUSING | OCCURED ON WHITE HOUSE GROUNDS? | |
|---|---|---|---|---|---|---|
| | RADIO RUN | ALLEY | NO | NO | NO | |

### EMPLOYMENT HISTORY

| FROM-DATE-TO | EMPLOYER | ADDRESS | BUSS. PHONE | OCCUPATION |
|---|---|---|---|---|
| | | | | |

### NAMES OF LIVING FAMILY, RELATIVES, FRIENDS AND ASSOCIATES     (Begin with immediate family)

| RELATIONSHIP | DOB/AGE | NAME - LAST, FIRST, M.I. | ADDRESS - STREET, CITY, STATE, ZIP CODE | PHONE NUMBER |
|---|---|---|---|---|
| | | | | |

| MILITARY SERVICE: BRANCH/DATE FROM - TO | TELEPHONE CALL MADE | | PHONE NUMBER |
|---|---|---|---|
| | | | |

| STATEMENT OF FACTS: | (Give a brief statement in your own words, of the facts surrounding the offense and the arrest. (Use Continuation Form PD 202A for additional space. Note present condition of any injured person(s). Do not give Witnesses' Names or Addresses. Refer to them as W1 or W2, etc as indicated in Item 31.) |
|---|---|

The offense occurred in the alley of 1219 Euclid St. NW at approximately 0445 hours in PSA 304. While assigned to 3041 Officer Nelson and MPO Arrington responded to a radio run for an accident with injuries in the alley.

Upon arriving, officers were met by DCFD personnel of Ambulance 41 who stated that the driver had refused treatment. MPD officers could smell the odor of burnt rubber and could see a mound of a black rubbery substance in the middle of the alley with a tire track leading back to D-1's garage and property damage to C-1's garage door and a cracked wooden frame on the side of C-1's garage door. Officers observed the defendant slumped over the steering wheel of a black Jaguar vehicle parked inside D-1's garage at 1222 Fairmont St. NW. The front bumper had white paint transfer marks consistent with C-1's garage. Officers tried several times to wake the defendant with verbal commands and flashlights before the defendant responded.

D-1 seemed confused and refused to exit his vehicle to speak with officers. During this time W-1 (who called 911) and W-2 met officers in the back alley. W-1 advisd officers that he awoke to a loud crash in the alley and could see and hear D-1's vehicle up against C-1's garage door with the stationary vehicle's tires spinning causing it to smoke. W-2 stated that he was awoken to the smell of what he believed to be a fire. Both witnesses came into the alley and witnessed the black Jaguar had made contact with C-1's garage and D-1 slumped behind the steering wheel with the tires spnning. Both witnesses began to attempt to wake D-1, who eventually did. D-1 then backed his vehicle into his own garage and fell back asleep.

D-1 was instructed to step out of the vehicle, which he refused to do. D-1 then locked his doors and rolled up his windows. When officers ordered him to step out, he started his vehicle as if he was threatening to drive the vehicle with officers still inside the cramped garage. At that time officers Nelson and Arrington stepped out of the garage and advised dispatch to send another unit. An official was also contacted and permission was given to summon the DCFD to open the vehicle.

DCFD along with Battalion Fire Chief Welsh arrived and spoke with the defendant to determine if needed medical attention. D-1 was advised by DCFD that if he did not exit the vehicle to speak with officers they would break his window so that he could be arrested. D-1 asked the Chief Welsh five times in less than a two minute span for his name. During this time BN Chief Welsh advised D-1 that he was concerned his blood sugar may be low and that the window would be broken to extract him if he did not comply with exiting his vehicle. DCFD personnel broke the front passenger window and Officer Nelson reached in to take the keys out of the ignition fearin that D-1 would attempt to place the car in drive.

DCFD tested D-1's blood sugar on scene and determined it was within the proper limits. D-1 was placed unde arrest for Leaving after Colliding and Failure to Obey a Law Enforcement Officer's orders and transported to 3rd District station for processing by 3082.

| DEFENDANT'S VERSION / REMARKS: | [What did defendant say about the offense or his/her whereabouts at the time of offense? (Use PD 118 for defendant's written statement.)] | | | | | |
|---|---|---|---|---|---|---|
| **RECORD CLERK'S NAME** | | | | | | |
| ARREST RECORD SUMMARY | | | | | | |
| PROPERTY BOOK/PAGE NO. PRISONER'S PROPERTY ONLY | 2030 / 14 | | | | | |
| BAIL REFORM ACT CASES: | Was a statement made by defendant in reference to his/her failure to appear? (If yes, include in Defendant's Version/Remarks Section above.) | | | | | |
| PRINTED NAME - OFFICER MAKING STATEMENT | CAD | BADGE NUMBER | RANK | SIGNATURE OF REVIEWING OFFICIAL | | |
| NELSON, JOHN F | 9865 | 2617 | OFFI | | | |
| SIGNATURE OF OFFICER MAKING STATEMENT | | UNIT | DATE | UNIT | | DATE |
| | | 3D | | 3D | | 7/5/14 |

COMPLETE ALL REQUIRED FIELDS AND MAKE FIVE COPIES FRONT TO BACK

MPD INTERNAL Document: Not For Public Distribution

**Metropolitan Police Department**
**Washington, D.C.**

## Incident - Based Event Report

REPORT NUMBER: 14098573



| PART I - CLASSIFICATION OF EVENT ||||||
|---|---|---|---|---|---|
| **TYPE OF REPORT** OFFENSE | **EVENT START DATE / TIME** 07/05/2014 / 0438 || **EVENT END DATE / TIME** 07/05/2014 / 0438 | **DATE OF REPORT** 07/05/2014 | **TIME OF REPORT** 0438 |
| **DISTRICT** 3D | **SECTOR** || **PSA** 304 || **COMPLAINT NUMBER** 14098573 |

| **EVENT LOCATION ADDRESS** 1219 EUCLID ST NW | **POSITION** INSIDE OF | **REPORT RECEIVED BY** ANI/ALI | **RADIO RUN LOCATION IF DIFFERENT FROM EVENT LOCATION** 1221 EUCLID ST NW | **PROPERTY TYPE** PUBLIC |
|---|---|---|---|---|

| EVENT NO. 1 | LEAVING AFTER COLLIDING - PROPERTY DAMAGE ||||
|---|---|---|---|---|
| **FORCED ENTRY** NO | **POINT OF ENTRY** || **Method Used** | **WEATHER CONDITIONS** CLEAR |
| **SUSPECTED HATE CRIME?** || **SECURITY SYSTEM** | **LOCATION TYPE** ALLEY | **DESIGNATED AREAS** OTHER |

| PART II - VICTIM INFORMATION |||||
|---|---|---|---|---|

| | **TYPE** COMPLAINANT | **NAME OF COMPLAINANT/VICTIM** TAYLOR, ~~[REDACTED]~~ || **RELATED TO EVENT NO(S).** 1 | **VICTIM TYPE** INDIVIDUAL |
|---|---|---|---|---|---|
| | **DATE OF BIRTH** 06/06/1955 | **AGE RANGE** 59 | **SEX** MALE | **HOME PHONE** (202) 265-4536 | **BUSINESS PHONE** |
| 1 | **RACE / ETHNICITY** BLACK / NOT OF HISPANIC ORIGIN || **HOME ADDRESS** 1219 EUCLID ST NW, WASHINGTON, DC 20009 |||
| | **BUSINESS ADDRESS/SCHOOL** | **OCCUPATION** | **IS EVENT RELATED TO OCCUPATION?** |||
| | **ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM** |||||

## PART III - WITNESS

| TYPE | NAME OF WITNESS | RELATED TO EVENT NO(S). | | WITNESS TYPE | AGE RANGE |
|---|---|---|---|---|---|
| WITNESS | LANDRUM, ~~GEOVANNI BERT~~ | | | 12/12/1958 | 54 |
| SEX | HOME PHONE | BUSINESS PHONE | RACE / ETHNICITY | HOME ADDRESS | |
| MALE | ~~(         )      ~~ | ~~(         )      ~~ | WHITE | ~~                            , WASHINGTON, DC~~ | |
| BUSINESS ADDRESS / SCHOOL | | OCCUPATION | IS EVENT RELATED TO OCCUPATION? | | |
| 1221 EUCLID ST NW WASHINGTON, DC | | | | | |

| ADDITIONAL MEANS TO CONTACT WITNESS | WITNESS STATEMENT |
|---|---|
| | |

| TYPE | NAME OF WITNESS | RELATED TO EVENT NO(S). | | WITNESS TYPE | AGE RANGE |
|---|---|---|---|---|---|
| WITNESS | COOPER, ~~JEFFRY~~ | | | 07/27/1951 | 62 |
| SEX | HOME PHONE | BUSINESS PHONE | RACE / ETHNICITY | HOME ADDRESS | |
| MALE | ~~(         )      ~~ | | BLACK / NOT OF HISPANIC ORIGIN | ~~            EUCLID ST,           , WASHINGTON~~ 20009 | |
| BUSINESS ADDRESS / SCHOOL | | OCCUPATION | IS EVENT RELATED TO OCCUPATION? | | |
| | | | | | |

| ADDITIONAL MEANS TO CONTACT WITNESS | WITNESS STATEMENT |
|---|---|
| | |

INJURIES Use the following codes to describe injuries.

N = None Visible    O=Other Major Injury    M = Apparent Minor Injury    I = Possible Internal Injury    T = Loss of Teeth

L=Severe Laceration B = Apparent Broken Bones  G = Gunshot    U = Unconscious

## PART V - VEHICLE INFORMATION

| | Code | Year | Make | Model | Color | Body |
|---|---|---|---|---|---|---|
| 1 | | 1998 | JAGUAR | XJC | BLACK | SEDAN, 4 DOOR |
| | Tag No./State/Year | | VIN | | Vehicle Operated / Used By | |
| | ~~                        ~~ | | ~~                        58~~ | | DEFENDANT OR RESPONDENT (ARREST) | |

## PART VI - SUSPECT INFORMATION

| | TYPE | SUSPECT NAME | DOB | RACE / ETHNICITY | SEX | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|---|
| | DEFENDANT OR RESPONDE NT (ARREST) | PLUMMER, VERE | ~~            ~~ | BLACK / NOT OF HISPANIC ORIGIN | MALE | | |
| | EYES | EXACT AGE OR RANGE 63 | COMPLEXION | SCARS | HAIR | HAT | PANTS |
| | FACIAL HAIR | | COAT / JACKET | BLOUSE / SHIRT | HOME PHONE ~~(         )      ~~ | | OTHER PHONE |
| 1 | WORK PHONE | | HOME ADDRESS 1222 FAIRMONT ST NW, #NW, WASHINGTON, DC 20009 | | OCCUPATION | WORK ADDRESS | |

| PERPETRATOR SUSPECTED OF USING |
|---|
| |

| | WEAPONS USED IN OFFENSE | | | | |
|---|---|---|---|---|---|
| FIREARM | OTHER | COLOR | MAKE | MODEL | CALIBER |

## PART VII - MISSING PERSON(S)

NARRATIVE Describe event and action taken.

Officers responded to the listed address and observed S-1 slumped forward inside his car which was parked inside of S-1's garage. Offices could smell burnt rubber and observed a pile of melted tire in the alley with property damage to C-1's garage. Officers also observed white paint transfer consistent with C-1's garage on the front of S-1's front vehicle. S-1 repeatedly refused to exit his vehicle to speak with officers, rolling up his windows and turning on his vehicle. S-1 also attempted to close his automatic garage door to shut out MPD officers.

DCFD arived on scene and took out S-1's for extraction. S-1 was placed under arrest for Leaving after Colliding.

**PD252 Non-Public Narrative**

Closed with the arrest of Plummer, Vere B/M DOB: ~~██████~~ of ~~████████████~~

DCFD Ambulance 41 on scene for blood sugar test.

Arrest Numbers: 1423358

Crime Scene pics by MPO Arrington

| EVIDENCE TECHNICIAN/CSES # | NAME OF INVESTIGATOR NOTIFIED | TELETYPE NOTIFIED (Name) | NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED | | |
|---|---|---|---|---|---|
| TELETYPE # | REPORTING OFFICER'S SIGNATURE<br><br>NELSON, JOHN F | REPORTING OFFICER'S EMAIL | | BADGE NUMBER<br><br>2617 | ELEMENT<br><br>3D |
| OTHER POLICE AGENCY | SECOND OFFICER'S NAME | SECOND OFFICER'S EMAIL | | BADGE NUMBER | ELEMENT |
| SIGNATURE OF SUPERVISOR<br><br>HARRIS, DAYMEION | SUPERVISOR'S EMAIL | BADGE NUMBER<br><br>S0745 | ELEMENT<br><br>3D | REVIEWER | STATUS<br><br>CLOSED BY ARREST |