# EXHIBIT 12

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERE O. PLUMMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 15-cv-2147 (RDM) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION HAKAN HUSEYIN KARAALI

I, Hakan Huseyin Karaali, hereby declare that the following is true and accurate to the best of my knowledge, information and belief.

1.      I am over eighteen years of age, and I am competent to testify to the matters contained herein based solely upon my personal knowledge.

2.      I am employed with the District of Columbia Metropolitan Police Department (MPD) as a patrol officer.

3.      On July 5, 2014, I was assigned to the Third District.

4.      In addition to my regular patrol duties, I was certified in 2012 by MPD to conduct Standardized Field Sobriety Test (SFST) on individuals suspected of driving while intoxicated.

5.      As of July 5, 2014, I had conducted the SFST over two hundred (200) times.

6.      During the early morning of July 5, 2014, I performed the SFST test on Vere Plummer at the Third District police station. The result of Mr. Plummer's SFST test is set forth in my report, which accompanies this Declaration.

7.      The SFST was conducted at the Third District police station because when MPO Arrington called for a SFST certified officer to come to the scene, 1221 Euclid Street, NW, DC, no officer was available.

8.      Mr. Plummer's SFST test was conducted in the cell block area, and the results are detailed in my report.

1

9.    Mr. Plummer failed the Horizontal Gaze Nystagmus (HGN) portion of the SFST test. The HGN test for rapid eye movement, which is commonly found in individuals who are intoxicated

10.    Mr. Plummer failed the HGN test due to his rapid eye movement when asked to stand still with his hands at his side and follow an object (e.g., pen, pencil, finger, etc.) from side-to-side with his eyes only. Mr. Plummer's rapid eye movement led me to believe that he was intoxicated.

11.    In addition, Mr. Plummer failed the physical portion of the SFST test because he broke his stance, missed the heal-to-toe steps, made improper turns, and used his arm and the cell wall to keep his balance.

12.    Mr. Plummer claimed that he had back problems, and therefore, I stopped the SFST test.

13.    Based on my training and experience, coupled with the fact that Mr. Plummer failed the portions of the SFST test administered to him, I advised MPO Arrington, that Mr. Plummer should be charged with driving under the influence (DUI).

Signed under the penalties of perjury.

5.4.2017
Date

Officer Hakan Huseyin Karaali

2

| P. D. 119A | | | 1. Complaint Number<br>14098573 |
|---|---|---|---|
| Revised 5/2001 | METROPOLITAN POLICE DEPARTMENT<br>Washington, D. C.<br><br>WITNESS STATEMENT –DUI | | 2. Date of this Report<br>7/5/14 |
| | | | 3. Unit and Arrest Number(s) |

Prescribing Directive – General Order 502.2

| 4. Defendant's Name (Last, First, Middle)  (Enter name given at time of arrest.)<br>PLUMMER, VERE OWEN | | 5. Sex<br>M | 6. Birthdate |
|---|---|---|---|

| 7. Address (Include room, apartment no., city and state if outside D.C.)<br>1222 FAIRMONT ST NW | 8. Charge(s) |
|---|---|

| 9. Witness's Name (Last, First Middle)<br>KARAALI, HAKAN HUSEYIN | 10. Sex<br>M | 11. Birthdate<br>ON FILE |
|---|---|---|

| 12. Home Address (Street, city, state and zip code)<br>ON FILE | 13. Home Phone Number<br>ON FILE | 14. Business Phone Number<br>202 6736815 |
|---|---|---|

| 15. Business Address (Street, city state and zip code)<br>THIRD DISTRICT, 1620 V ST NW | 16. Was witness a passenger in the defendant's auto?<br>☐ Yes    ☒ No |
|---|---|

### WITNESS' OBSERVATIONS OF THE DEFENDANT
(Witness may check more than one block or enter additional descriptive terms, if necessary)

17. Defendant was –
☒ Conscious  ☐ Unconscious

18. Clothing was –
☐ Soiled  ☐ Mussed  ☐ Orderly  ☐ Other -

19. Eyes were –
☐ Normal  ☒ Bloodshot  ☐ Blank Stare  ☒ Watery

20. Face was –
☐ Normal  ☐ Red  ☐ Pale  ☐ Flushed  ☐ Bloated  ☐ Other -

21. Pupils were –
☐ Dilated  ☐ Contracted

22. Balance –
☐ Falling  ☐ Needed Support  ☐ Wobbling  ☐ Swaying  ☒ Unsure  ☐ Sure  ☐ Other -

23. Odor of Alcohol on Breath –
☐ Strong  ☐ Moderate  ☐ Faint  ☐ None

24. Unusual Actions –
☐ Hiccoughing  ☐ Belching  ☐ Vomiting  ☐ Fighting  ☐ Crying  ☐ Laughing  ☐ Sleepy

25. Attitude was –
☒ Excited  ☐ Hilarious  ☐ Talkative  ☐ Carefree  ☐ Silent  ☐ Profanity  ☐ Indifferent
☐ Insulting  ☐ Cocky  ☐ Cooperative  ☐ Polite  ☐ Other -

26. Speech was –
☐ Not Understandable  ☐ Mumbled  ☐ Slurred  ☐ Did Not Hear Him/Her Talk  ☐ Incoherent  ☐ Thick-Tongued
☐ Stuttered  ☐ Accent  ☐ Certain  ☐ Loud  ☐ Normal  ☐ Other -

| 27. Were alcoholic beverage containers in the vehicle? ☒ Yes ☐ No | | | 28. Were alcoholic beverage containers on defendant? ☐ Yes ☐ No | | |
|---|---|---|---|---|---|
| Type of Alcohol<br><br>Amount Remaining<br><br>Where Observed | Was Alcohol Seized?<br>☐ Yes<br>☐ No | If alcohol was seized, enter property book and page number | Type of Alcohol<br><br>Amount Remaining<br><br>Where Observed | Was Alcohol Seized?<br>☐ Yes<br>☐ No | If alcohol was seized, enter property book and page number |

29. Statement of Facts – (Enter a concise statement, in your words, of facts covering your observations of the defendant which are not covered in previous sections of this report. If additional space is needed, use the reverse side.)

On 07/05/2014 at approximately 0645 hours, while at the Third District, MPO Arrington asked me to assist himself by administering the SFST test on D-1 who was arrested by him and his partner for 'Leaving After Colliding' and 'Failure to Obey' at 1222 Fairmont St NW.
MPO Arrington did ask an SFST certified unit to respond to the location where the D-1's arrest took place at the time of arrest. But no unit was available at the time.
Once at the Third District MPO Arrington asked assistance from Officer Karaali. Then Officer Karaali and MPO Arrington went to cell block to conduct a SFST test on D-1.
Officer Karaali's first observations with D-1 at that time were, D-1's eyes were bloodshot.

Officer Karaali conducted the Horizontal Gaze Nystagmus test on D-1. On the Horizontal Gaze Nystagmus test I observed all six clues, which were Lack of Smooth Pursuit, Onset of Nystagmus at 45 Degrees, Distinct and Sustained Nystagmus at Maximum Deviation in each eye. Vertical Nystagmus was not present.

D-1 was placed into the instruction stance for the walk and turn. D-1 broke the stance. D-1 did miss hill to toe steps. D-1 conducted an improper turn to his right which is against the instructions given. D-1 used his arms and the cell block walls to keep his balance.
But Officer Karaali did not continue the test because of the pain that D-1 was claiming on his back. D-1 said that he suffers of arthritis.

Based on these observations, Officer Karaali advised that, D-1 should also be charged for Driving Under Influence

| 30. Printed Name of Witness/Officer Making Statement<br>KARAALI, HAKAN H | 31. Badge No.<br>4957 | 32. Printed Name of Arresting Officer | | 33. Badge No. |
|---|---|---|---|---|
| 34. Signature of Witness/Officer Making Statement | 35. Unit | 36. Signature of Arresting Officer | | 37. Unit |

DISTRIBUTION: 1 copy  Corporation Counsel    1 copy  Unit File    ☐ CHECK HERE IF USING REVERSE SIDE OF FORM

DC 15-cv-2147-000011