**EXHIBIT 13**



**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**Department of Motor Vehicles**
P.O. BOX 90120
WASHINGTON DC 20090-0120



# OFFICIAL ORDER OF SUSPENSION

VERE O PLUMMER
1222 FAIRMONT ST NW
WASHINGTON DC 20009-5322

Driver License #: 1996643
Effective Date: 05-19-2014

**Reason: Non-Compliance with an Out-of-State Moving Violation**

State: VIRGINIA

Ticket Number: 1316917100

Dear Customer:

You are hereby notified that your District of Columbia driver license is suspended on the effective date of this notice.  This suspension is the result of non-compliance with an out-of-state moving violation and in accordance with Section 304 of Title 18, District of Columbia Municipal Regulations.

**To avoid suspension, you must provide proof of payment of the above-referenced violation before the effective date of this notice.**     This proof of payment, court receipt or court disposition must be provided to the DC DMV, Driver Services P.O. Box 90120, Washington, DC 20090-0120 or visit any DC DMV service center.

Title 18, District of Columbia Municipal Regulations, requires holders of suspended District of Columbia driver licenses to surrender their licenses to DCDMV (§§ 305.3 and 305.4).  Operation of a vehicle after suspension may be cause for arrest, payment of a fine up to $5,000 and 1 year in Jail. D.C. Official Code § 50-1403.01(e).

In order to be reinstated after suspension, you will have to provide proof of payment of the out-of-state moving violation along with payment of the $98.00 reinstatement fee and clearance of any other outstanding matters reflected on your traffic record. Payment of the reinstatement fee may be made in person at 301 C Street, NW, Washington, DC 20001 or mailed to Driver Services, P.O. Box 90120, Washington, DC 20090-0120.

**Notes:**

- **You may not operate a motor vehicle until you have been officially reinstated, paid the $98.00 reinstatement fee and have in your possession a valid driver license.**

- **Returned checks are subject to electronic redeposit for the face amount and a returned check fee of $65.00.**

THIS IS AN OFFICIAL DOCUMENT OF THE DISTRICT OF COLUMBIA,
DEPARTMENT OF MOTOR VEHICLES, MAINTAINED UNDER A DUTY
IMPOSED BY LAW.  I CERTIFY THAT THE INFORMATION CONTAINED
HEREIN IS A TRUE AND ACCURATE RECORD.  I FURTHER CERTIFY
THAT THE INFORMATION CONTAINED HEREIN IS WITHING MY CUSTODY
AND CONTROL AND THAT I HAVE PERSONAL KNOWLEDGE OF THE
INFORMATION CONTAINED WITHIN THIS DOCUMENT.

ROBERT JOHNSON          INVESTIGATOR    4/24/2017
                        TITLE           DATE

Page 1 of 1

Print Date: 04-24-2017



# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Department of Motor Vehicles
P.O. BOX 90120
WASHINGTON DC 20090-0120



## FULL DRIVER RECORD

**Date:** 09-20-2016

**Name:** VERE OWEN PLUMMER
**Address:** 1222 FAIRMONT ST NW
WASHINGTON  DC  20009-5322

| License Number: ~~1906848~~ | Birth Date: ~~10-18-1949~~ | Sex: MALE | Good Points: 0 | Total Current Points: 0 |
|---|---|---|---|---|
| Height: 5 feet 11 inches | Weight: 194 lbs | Hair: GREY | Eyes: BROWN | |

### License/ID Details

| Class | ID/License Type | ID/License Number | ID/License | ID/License Status | Original Issue Date | Reissue/ Issue Date | Expiration Date |
|---|---|---|---|---|---|---|---|
| D | NCDL | ~~1906848~~ | REGULAR | VALID | 06-03-1998 | 10-26-2011 | 10-18-2019 |

Restrictions:
MUST WEAR GLASSES OR CONTACT LENSES

### Withdrawals

| | Description | Citation/ Violation# | Withdrawal Start Date | Withdrawal End Date | Withdrawal Status | State | Clearance Date |
|---|---|---|---|---|---|---|---|
| 1. | UNPAID TICKET VIOLATION | 5NK0DLL | 05-28-2016 | 06-04-2016 | RESTORED | MD | 06-04-2016 |
| 2. | UNPAID TICKET VIOLATION | 1316917100 | 05-19-2014 | 08-01-2014 | RESTORED | VA | 08-01-2014 |
| 3. | UNPAID TICKET VIOLATION | N/A | 09-17-2001 | 06-17-2002 | RESTORED | DC | 06-17-2002 |
| 4. | UNPAID TICKET VIOLATION | N/A | 11-07-1997 | 06-03-1998 | RESTORED | DC | 06-03-1998 |
| 5. | UNPAID TICKET VIOLATION | N/A | 10-13-1995 | 06-03-1998 | RESTORED | DC | 06-03-1998 |
| 6. | INSURANCE | N/A | 06-15-1995 | 04-26-1996 | RESTORED | DC | 04-26-1996 |
| 7. | INSURANCE | N/A | 07-09-1990 | 01-03-1992 | RESTORED | DC | 01-03-1992 |
| 8. | FINANCIAL WITHDRAWAL (SR 22/26 WITHDRAWAL) | N/A | 02-13-1986 | 05-20-1987 | RESTORED | DC | 05-20-1987 |

### Convictions/Violations

| | Citation Date | Disposition Date | Citation/ Violation# | State | Description | Points | Good Points Applied | Total Points |
|---|---|---|---|---|---|---|---|---|
| 1. | 11-25-2015 | 04-01-2016 | 5NK0DLL | MD | 11 TO 15 MPH IN EXCESS OF SPEED LIMIT | 3 | 3 | 0 |
| | Violation Indicator(s): | | | | | | | |

Page 1 of 3



# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Department of Motor Vehicles
### P.O. BOX 90120
### WASHINGTON DC 20090-0120



## FULL DRIVER RECORD

**Date:** 09-20-2016

**Name:** VERE OWEN PLUMMER
**Address:** 1222 FAIRMONT ST NW
WASHINGTON DC 20009-5322

**License Number:** ~~1999943~~   **Birth Date:** ~~10-05-1935~~   **Sex:** MALE   **Good Points:** 0   **Total Current Points:** 0
**Height:** 5 feet 11 inches   **Weight:** 194 lbs   **Hair:** GREY   **Eyes:** BROWN

### Convictions/Violations

| | Citation Date | Disposition Date | Citation/ Violation# | State | Description | Points | Good Points Applied | Total Points |
|---|---|---|---|---|---|---|---|---|
| 2. | 12-09-2010 | 01-10-2011 | 7001821923 | DC | PASSING STOP SIGN | 2 | 0 | 2 |
| | Violation Indicator(s): None | | | | | | | |
| 3. | 04-21-2007 | 08-08-2007 | DZ07985 | MD | UP TO 10 MPH IN EXCESS OF SPEED LIMIT | 2 | 2 | 0 |
| | Violation Indicator(s): | | | | | | | |
| 4. | 07-03-2005 | 09-27-2005 | DH20249 | DC | UP TO 10 MPH IN EXCESS OF SPEED LIMIT | 2 | 2 | 0 |
| | Violation Indicator(s): None | | | | | | | |
| 5. | 10-13-2003 | 12-22-2003 | SP1684064 | NJ | UNREASONABLE SPEED | 2 | 0 | 2 |
| | Violation Indicator(s): None | | | | | | | |
| 6. | 07-27-2001 | 10-01-2001 | 970418352 | DC | 11 TO 15 MPH IN EXCESS OF SPEED LIMIT | 3 | 0 | 3 |
| | Violation Indicator(s): None | | | | | | | |
| 7. | 11-03-1997 | 06-01-1998 | 938626824 | DC | PASSING RED LIGHT | 0 | 0 | 0 |
| | Violation Indicator(s): None | | | | | | | |
| 8. | 11-03-1997 | 01-28-1998 | 938626835 | DC | FAIL TO USE SEAT BELT | 2 | 0 | 2 |
| | Violation Indicator(s): None | | | | | | | |
| 9. | 03-17-1997 | 07-07-1997 | 932020154 | DC | PASSING RED LIGHT | 2 | 0 | 2 |
| | Violation Indicator(s): None | | | | | | | |
| 10. | 07-12-1995 | 11-27-1995 | 925468854 | DC | PASSING RED LIGHT | 2 | 0 | 2 |
| | Violation Indicator(s): None | | | | | | | |
| 11. | 11-24-1992 | 12-09-1992 | 909848402 | DC | DRIVING OVER SIDEWALK | 3 | 0 | 3 |
| | Violation Indicator(s): A | | | | | | | |
| 12. | 04-10-1991 | 04-23-1991 | 893030961 | DC | NO LEFT TURN | 3 | 0 | 3 |
| | Violation Indicator(s): A | | | | | | | |
| 13. | 03-14-1986 | 08-07-1986 | 839300851 | DC | FAIL TO DISPLAY CURRENT TAGS | 0 | 0 | 0 |
| | Violation Indicator(s): None | | | | | | | |

**Violation Indicator: A - Accident   C - Commercial Motor Vehicle   H - Hazardous Material**

### Summary of Good Points

| Credit Year | Good Points | Good Points Added | Good Points Applied | Citation Number |
|---|---|---|---|---|
| 2003 | 1 Used | 08-25-2005 | 10-14-2005 | DH20249 |

www.dmv.dc.gov



# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Department of Motor Vehicles
### P.O. BOX 90120
### WASHINGTON DC 20090-0120



## FULL DRIVER RECORD

**Date:** 09-20-2016

**Name:** VERE OWEN PLUMMER
**Address:** 1222 FAIRMONT ST NW
WASHINGTON DC 20009-5322

| | | | |
|---|---|---|---|
| **License Number:** ~~19xxxxx~~ | **Birth Date:** ~~10-xx-xxxx~~ | **Sex:** MALE | **Good Points:** 0    **Total Current Points:** 0 |
| **Height:** 5 feet 11 inches | **Weight:** 194 lbs | **Hair:** GREY | **Eyes:** BROWN |

### Summary of Good Points

| Credit Year | Good Points | Good Points Added | Good Points Applied | Citation Number |
|---|---|---|---|---|
| 2004 | 1 Used | 08-25-2005 | 10-14-2005 | DH20249 |
| 2006 | 1 Used | 12-31-2006 | 08-23-2007 | DZ07985 |
| 2008 | 1 Used | 01-08-2009 | 01-08-2009 | DZ07985 |
| 2012 | 1 Used | 01-02-2013 | 06-08-2016 | 5NK0DLL |
| 2013 | 1 Used | 01-06-2014 | 06-08-2016 | 5NK0DLL |
| 2015 | 1 Used | 01-01-2016 | 06-08-2016 | 5NK0DLL |

### Class

A - ALL VEHICLES, EXCEPT MOTORCYCLES.

B - VEHICLES 26,001 POUNDS GVW OR MORE EXCEPT TOWING TRAILERS OVER 10,000 POUNDS GVW.

C - VEHICLES UNDER 26,001 POUNDS GVW EXCEPT TOWING TRAILERS OVER 10,000 POUNDS GVW.

D - VEHICLES UNDER 26,001 POUNDS FOR NON-COMMERCIAL AND PERSONAL USE, EXCEPT MOTORCYCLES.

### License Type

CDL - Commercial Driver License

NCDL - Non-Commercial Driver License

~ ~ ~

*THIS IS AN OFFICIAL DOCUMENT OF THE DISTRICT OF COLUMBIA, DEPARTMENT OF MOTOR VEHICLES, MAINTAINED UNDER A DUTY IMPOSED BY LAW. I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS A TRUE AND ACCURATE RECORD. I FURTHER CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS WITHIN MY CUSTODY AND CONTROL AND THAT I HAVE PERSONAL KNOWLEDGE OF THE INFORMATION CONTAINED WITHIN THIS DOCUMENT.*

**Signature** _____    **Title** Investigator    **Date** 9/20/2016

Page 3 of 3