# EXHIBIT 14

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERE O. PLUMMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )　C.A. No. 15-cv-2147 (RDM) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF LANA CRAVEN

I, LANA CRAVEN, being duly sworn, state that the following is true to the best of my knowledge, information, and belief:

1.    I am over eighteen years of age, and I am competent to testify to the matters contained herein based solely upon my personal knowledge.

2.    I am a Program Analyst for the Tort Liability Division, District of Columbia Office of Risk Management (ORM).   The Tort Liability Division receives, processes, and investigates potential claims against the District of Columbia, pursuant to D.C. Official Code § 12-309 (2001 ed.).   The Office of Risk Management commenced receiving potential claims on January 15, 2004.

3.    Receipt of written notice of claims against the District of Columbia is forwarded directly to the Tort Liability Division for processing.   When the Tort Liability Division receives notices of claims, either from the Mayor's Office or directly, the Tort Liability Division records the receipt of such notice in its claims management system.

4.    All record relating to claims made at or near the time the records are received, the records are kept in the regular course of business, and it is the regular practice of Tort Liability Division to make such records.

5.    ⋅ ORM mail is delivered to the front desk, where it is logged in and date and time stamped the same day it is received.

6.    In the case of Vere Plummer, the ORM mail log shows that Mr. Vere Plummer's notice of claim was received and logged in on January 13, 2015. (Exhibit A).

7.    The written notice came to ORM by certified mail post marked January 5, 2015. (Exhibit B).

8.    Additionally, the original letter received by the Tort Liability Division shows that Mr. Plummer's written notice was time and date stamped on January 13, 2015. (Exhibit C).

I declare under the penalty of perjury that the statements contained herein are true and correct.

5/2/17
Date

LANA CRAVEN
PROGRAM ANALYST

| To | From | Date Received | In Reference To | Given To | Logged In By | * Notes |
|---|---|---|---|---|---|---|
| | | | | | | |
| steven | Valerie Deal, Paralegal specialits for Christine Gephardt, AAG | 1/13/2015 | reimbursement of overpayment of benefits ("covered Conduct") to Mari Armistead 2014-CA-000040 B / check #5796130 issued 11/14/2014 amount $125.00, check #5804236 issued 11/28/2014 $125.00, check #5808552 issued 12/12/2014 amount $125.00 | steven | marcia | |
| orm | geico | 1/13/2015 | 12-309/ Valery Perez | brian | marcia | |
| lashonda | statefarm | 1/13/2015 | Thanouthong Souvannavong / acknowledgment letter | lashonda | marcia | |
| orm | progressive | 1/13/2015 | 12-309/ Marcell Brown | brian | marcia | |
| robert | Anita Johnson, Esq. | 1/13/2015 | Terry Edwards / index forms | robert | marcia | |
| robert | Anita Johnson, Esq. | 1/13/2015 | David Edwards / index forms | robert | marcia | |
| orm | Odelugo & Johnson, llc | 1/13/2015 | Elizabeth holloman-Jones / acknowledgment letter & copy of police report | charlotte | marcia | |
| orm | DOES | 1/13/2015 | Lawrence Myers v. DCPS / Order Granting Request for Extension | susana / scanned to pswcp | marcia | |
| mayor | Vere Plummer | 1/13/2015 | 12-309/ Vere Plummer | brian | marcia | |
| steven | the avery law firm | 1/13/2015 | Tony Nipper / acknowledgment letter - Lien request | steven | marcia | |
| mayor | rose law firm, llc attorneys at law | 1/13/2015 | 12-309/ Jacques Miango | brian | marcia | |
| mayor | law offices harold brazil | 1/13/2015 | 12-309/ Shaunte Parker | brian | marcia | |
| orm | doyle & associates, llc attorneys at law | 1/13/2015 | 12-309/ Kevin Brooks | brian | marcia | |
| orm | lawrence griffin | 1/13/2015 | 12-309/ lawrence griffin | brian | marcia | |
| orm | Tanya Blue | 1/13/2015 | 12-309/ Tanya Blue | brian | marcia | |
| orm | statefarm | 1/13/2015 | Domonique Green / acknowledgment letter | lashonda | marcia | |
| charlotte | Adebayo Shokunbi | 1/13/2015 | acknowledgment letter regarding claim | charlotte | marcia | |
| | | | | | | |









U.S. POSTAGE
PAID
WASHINGTON, DC
20009
JAN 05, 15
AMOUNT
$6.49
00045792-26

20001

UNITED STATES
POSTAL SERVICE

1000

3020 0000 7282 8494

Pleasant, V. O. St. NW
1292 Fairmont St. NW
Washington, DC 20005

Mayor of The District (Columbia)
441 4th St. N.W. Suite 1005
Washington DC 20001

B

January 4, 2015

Mayor of the District of Columbia
441 4th Street, NW, Suite 800S
Washington, D.C. 20001

Re: Notice of Claims against the District of Columbia
    Date of Incident: July 5, 2014

Dear Mayor Muriel Bowser,

I, Vere O. Plummer, residing at 1222 Fairmont St. NW, Washington, D.C. 20009, age 65, hereby file this claim against the D.C. Fire Department and the Metropolitan Police Department for causing me to be frightened, fearful, and anxious for my safety and well-being when their employees unlawfully entered into my backyard garage, during early morning hours, on July 5, 2014, refusing my numerous request for them to leave my property, holding me captive in my automobile, and threatening to break into my vehicle, by smashing my vehicle's front door window, and removing me from my vehicle by force, which they finally did when I consistently refused to follow their unlawful demands for me to exit my vehicle, causing significant damages and injury to my motor vehicle, as well as, my mental, physical, and emotional state of well-being. The firemen initiated this incident with their insistence that they had a lawful right to come onto my property, order me to exit my vehicle so they could test my blood sugar, and if I refused to obey their orders, to break into my vehicle, remove me and test my blood sugar.

After the police arrived, and after identifying myself and my home address to the firemen and policemen, and after being coerced into providing the fire department with a blood sample, the firemen and the policemen still refused to exit from my property, and refused to allow me to close my garage door, and come out to talk to them about any of their concerns, without any interference from them. The police refused to leave my property, prevented me from closing the garage door, and disengaged my automatic garage door so that I could not keep them outside of my presence, or off my property. Throughout this ordeal, I remained fearful for my life, safety, and well-being as I had committed no crime, and no crime had been committed in their presence to justify this apparent seizure of my person, and trespass onto my home by the police and fire department acting in concert under the color of law. I believe that my race, nationality, and gender, African-American male, were factors that these government employees considered in committing these wrongful acts and in violating my civil rights under the law.

After the police and firemen broke into my automobile and forcibly removed me from my vehicle, I was handcuffed, placed in a police cruiser, and transported to the third district precinct, where I was booked and placed in a cell until they decided to release me several hours later. I was embarrassed and humiliated in the presence of friends and neighbors by your employee's unlawful acts.

Thereafter, I was falsely charged and maliciously prosecuted by the Attorney General's Office for Leaving the Scene of an Accident after Colliding, required to make several court appearances, and  falsely charged with Driving after Suspension, before these trumped up charges were finally dismissed on the morning of trial by the prosecuting attorney.

I am also have a claim of negligence against the D.C. government, arising out of this incident, for its failure to exercise reasonable care in the repair and maintenance of a pot hole in the middle of the alley behind my house that caused my vehicle to get stuck and eventually collide with my neighbor's garage, causing damages to my vehicle and my neighbor's garage. After the collision, I backed my vehicle up approximately one car length into my garage and left the door open, but nevertheless I was falsely arrested, falsely charged, and deprived of my liberty for leaving the scene of an accident that occurred in the alley behind my house at 1222 Fairmont Street, NW, Washington, D.C., and where I was arrested. I am,

Very Truly Yours,


Vere O. Plummer