# EXHIBIT 15

# In The Matter Of:

*VERE O. PLUMMER v.*
*DISTRICT OF COLUMBIA, et al.*

---

*DEPOSITION OF AARON HORTON*
*February 28, 2017*

---



Maryland: 410-653-1115
Washington: 202-628-DEPO (3376)
Fax: 410-653-9641
E-mail: schedule@courtreporters-etc.com
Website: courtreporters-etc.com

Realtime Reporters • Videographers
Interpreters • Audio Transcriptionists
Depositions • Meetings • Meeting Rooms
Arbitrations • Conferences • Hearings
Video Conferencing • Conference Rooms

*"We'll Cover Your Job ANYWHERE in the Country!"*

## 1-800-947-DEPO (3376)

Original File HORT0228 (1).TXT

Min-U-Script® with Word Index

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

VERE O. PLUMMER,          *

          Plaintiff     *

vs.                     *   Civil Action No.:

DISTRICT OF COLUMBIA,   *   15-CV-2157(RDM)

et al.,                 *

          Defendants    *

          *     *     *     *     *

DEPOSITION OF:

          AARON HORTON,

was held on Tuesday, February 28, 2017,

commencing at 10:20 a.m., at the Law Offices of

Tilman L. Gerald, 1220 L Street, NW, Suite 700,

Washington, D.C., before Cheryl Jefferies,

Certified Court Reporter.

          COURT REPORTERS, ETCetera, INC.

     Maryland                Washington

     (410) 653-1115          (202) 628-DEPO

   "We'll cover your job ANYWHERE in the country!"

          1-800-947-DEPO

Page 2

APPEARANCES:

On behalf of the PLAINTIFF:

     TILMAN L. GERALD, ESQ.
     LAW OFFICES OF TILMAN L. GERALD
     1220 L Street, NW
     Suite 700
     Washington, DC  20005
     (202) 742-2004
     E-mail:  Tilmanlg@gmail.com

On behalf of the DEFENDANTS:

     DAVID A. JACKSON, ESQ.
     OFFICE OF THE ATTORNEY GENERAL
     One Judiciary Square
     441 4th Street, NW
     Suite 630 South
     Washington, DC  20001
     (202) 724-6618
     E-mail:  Davida.jackson@dc.gov

          -oOo-

Page 3

I-N-D-E-X

Deposition of Aaron Horton

February 28, 2017

EXAMINATION BY: PAGE:

Mr. Gerald                    4

EXHIBITS                      PAGE:

1  Amended Notice of 30(b)(6) Deposition    5

2  Cityworks Report                17

3  Cityworks Work Order              24

4  Photograph Copy                 34

5  Photograph Copy                 51

     (Exhibits included with transcript.)

          -oOo-

Page 4

P-R-O-C-E-E-D-I-N-G-S

WHEREUPON --

          AARON HORTON,

a Witness called for examination, having been first duly sworn, was examined and testified as follows:

          EXAMINATION

     BY MR. GERALD:

Q    Good morning, Mr. Horton.

A    Good morning.

Q    How are you, sir?

A    Pretty good.

Q    Good.  Good to see you.

     My name is Tilman Gerald and I represent the Plaintiff in the case of Vere Plummer versus the District of Columbia.  And you have been designated as the representative of the District of Columbia with regard to -- we sent a Notice of Deposition to Mr. Jackson, and it's called a 30(b)(6).  Do you know what that is?

A    Yes.

Page 5

Q    All right.  And you're here to testify about repairs that were made in the alley behind 1219 Euclid Street, Northwest.

A    Okay.

(Horton Deposition Exhibit Number 1 was marked for identification.)

BY MR. GERALD:

Q    Now, I'm going to show you what has been marked as Exhibit Number 1 and ask you if you can identify it for me?

(Witness Reviews Document.)

A    Okay.  It appears to be a Notice of Rule 30(b)(6) Deposition for the case of Vere O. Plummer versus the District of Columbia.

Q    Have you seen that document before?

A    Yes.

Q    And when did you see it?

A    Several weeks ago.

Q    Okay.  Now, I'm going to ask you a couple questions.

Have you had your deposition taken

Page 6

before?

A    Yes, sir.

Q    And so you're aware how depositions go, that you have to answer verbally as opposed to shaking your head?

A    Yes.

Q    And if I ask you a question that you don't understand, ask me to repeat it and I'll try to make it so that you understand what the question is so that you can answer it appropriately?

A    Yes.

Q    In the event Mr. Jackson interposes an objection, you should wait until we resolve the objection before you answer.  And unless he tells you not to answer, you are to answer the question?

A    Yes.

Q    Now, are you on any medication that would impair your ability to testify today?

A    No.

Page 7

Q    All right.  Can you tell me what you did to prepare for testifying today?

A    Reviewed some notes, Cityworks requests.  Met with Mr. Jackson to review general information about the case.

Q    All right.  And can you -- let me do it this way:  Can you give me your background, educational background?

A    I have a Bachelor of Science in Civil Engineer from North Carolina State University.  I graduated 1992.  I'm a professional engineer registered in North Carolina.  I have 25-plus years of experience in engineering working with North Carolina DOT, the District Department of Transportation.  And on the private side as a project engineer and project manager for a number of projects.

Q    And how long have you been employed by the District of Columbia?

A    Since 2004.

Q    That's a pretty good while.  And what

Page 8

positions have you held?

A    I was initially hired as the Chief of Streets and Bridge Maintenance, and worked as the Chief of Asset Management, and currently as Acting Chief of Maintenance Operations.

Q    And what are your responsibilities as Acting Chief of Maintenance organization?  Is that what you said?

A    Yes.

Q    Acting Chief of Maintenance Organization?

A    Maintenance Operations.

Q    Operations, I'm sorry.  What are your responsibilities as the Acting Chief of Maintenance Operations?

A    I oversee the branches of Street and Bridge Maintenance, Asset Management, street lights and traffic signals, which basically includes day-to-day maintenance operations; working directly with supervisory civil engineers, engineering technicians and

Page 29

7/23/14 at 9:55:39.

Q   Now, does the work order describe how the pothole was repaired?

A   No.

Q   Does it describe what was used to repair the pothole?

A   No.

Q   Do you know what was used to repair the pothole?

A   Not absolutely.  But, in general, asphalt patching material is used to repair potholes.

Q   Asphalt patching material, is that the black, tar-like substance?

A   Yes, in many cases that is used.

Q   And can you describe how that is used? Is it just put over the pothole and packed in?

A   In some cases it's done that way.  But in other cases, depending on the type of pothole or the material, a pothole is cleaned or any loose material is removed from inside of it, and

Page 30

then the new material is placed in the deficient pothole area and compacted to a general level condition to the surrounding material adjacent to the new material that's being placed, and compacted generally till the crew member, or inspector that's there placing the material believes it's sufficiently placed and stabilized.

Q   And is there any document in your inventory of documents that would describe what substance was used to repair this pothole?

A   I'm not sure.

Q   Is that information normally placed within a work order?  Or is there such a thing as a completion order or completion report of some sort?

A   In some cases a note could be added. But, generally, likely would be in the work order for completion.  In some cases if the inspector completed the work and updated the work order as complete, it's understood that they sufficiently repaired the pothole.

Page 31

Q   It's understood by your office?

A   Yes.

Q   Now, in your preparation for this deposition, did you find that any repairs were made to this alley within one year -- within one year of 2014 -- one year prior to 2014?

A   I don't think so.

Q   All right.  Now, in the Notice of Deposition, I think we asked that you provide us with information related to repairs that were made within five years prior to July 5, 2014. Did you find any such documents?

A   I don't think we did.

Q   It's Number 3 on Page 3.

(Witness Reviews Document.)

Q   Your answer's still the same:  You don't believe you did?

A   That's right.

Q   So does that mean that no repairs were made within the five years prior to 2014, July 2014?

Page 32

MR. JACKSON: Objection to the form of the question.  It's misleading to the extent that there was a need for repairs.

You can answer, I'm sorry.

Q   You can answer if you understand the question.

A   Please ask the question again.

Q   All right.  Are you able to say that five years prior to July 2014, that no repairs were made to the alley behind 1219 Euclid Street, Northwest?

MR. JACKSON: Objection, again, to the form of the question.  And, again, it's misleading.

You can answer.

A   I don't think we have any record of any repairs.

Q   You have any records of any complaints that were made regarding the alley behind 1219 Euclid Street --

A   I don't think we do.