# EXHIBIT 16

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

Vere O. Plummer                          :
                                         :
Plaintiff,                               :       Civil Action No. 15-cv-2147 (RDM)
                                         :
v.                                       :
                                         :
District of Columbia, et al.             :
                                         :
Defendants.                              :
_____:

### PLAINTIFF'S RESPONSES TO
### DEFENDANTS' FIRST SET OF INTERROGATORIES

TO:      District of Columbia
         c/o David A. Jackson, Esquire
         Office of the Attorney General for the District of Columbia
         441 4th Street, N. W., Suite 630 South
         Washington, D.C. 20001
         Attorney for Defendants

FROM:    Vere O. Plummer, Esquire
         Tilman L. Gerald, Esquire
         Law Offices of Tilman L. Gerald
         1220 L Street, N. W., Suite 700
         Washington, D.C. 20005
         Attorney for Plaintiff

### RESPONSES

COMES NOW, the Plaintiff Vere O. Plummer, by and through his attorney, Tilman L. Gerald, and pursuant to Rule 33 of the Federal Rules of Rules of Civil Procedure and hereby files his responses to the First Set of Interrogatories propounded by the Defendants, under oath:

1

any criminal offense, Defendant Welsh threaten to forcibly remove Plaintiff from his vehicle if he did not exit the vehicle voluntarily, did in fact strike the window of the Plaintiff's vehicle causing significant damage thereto, all without cause and/or justification.  Defendant Welsh refused to leave the property of the Plaintiff when he was asked to do so.

INTERROGATORY NO. 12:  State all the facts that support you claim that

Defendant Sandro Lukanovic violated your rights under the Fourth and Fifth

Amendments as alleged in Count III of the amended verified complaint.

ANSWER:    Defendant Lukanovic, in concert with the co-defendants, without good or probable cause, conducted a warrantless search and seizure of and Plaintiff and Plaintiff's property, illegally deprived Plaintiff of his liberty, his right to be secure on his property and in his person, in violation of his right to due process of law as well as equal protection of the law.

INTERROGATORY NO. 13: State all  facts  that  support  your  claim  that Defendant John Kutniewski violated your rights under the Fourth and Fifth Amendments as alleged in Count III of the amended verified complaint.

ANSWER:    Plaintiff refers the Defendants to his response to Interrogatory No. 12 which incorporated herewith by reference.

14. State all facts that support your claim that Defendant John Nelson violated

your rights under the Fourth and Fifth Amendments as alleged in Count III of

the amended verified complaint.

ANSWER:    Plaintiff refers the Defendants to his response to Interrogatory No. 12 which is incorporated herein by reference.

15.    State all facts that support your claim under 42 U.S.C. §1983 against

Defendant District of Columbia as alleged in Count III of the amended verified

complaint.

ANSWER:    The Plaintiff in this case is an African American male, who suffered a deprivation of his rights and privileges by the Defendants, individually and severally, who at all times pertinent were employees and/or agents of the District of Columbia, operating under the color of the

8

laws, ordinances, and regulations of the District of Columbia. The arrest and detention for leaving after colliding when the Plaintiff did not leave the scene violated rights and privileges that are guaranteed to the Plaintiff under the laws and Constitution of the United States.

16.    State all facts that support your claims of negligence against the Defendant District of Columbia as alleged in Counts IV, V, and VII of the amended verified complaint.

ANSWER:    The Defendant District of Columbia had a duty to maintain the alley behind the residence of the Plaintiff and it failed to use reasonable and ordinary care in the maintenance of the public alley behind the residence of the Plaintiff thereby causing unreasonable harm and detriment to the Plaintiff.

17. State all facts that support your claim of malicious prosecution against each Defendant as alleged in Count VI of the amended verified complaint.

ANSWER:    The Defendants, individually and severally, were employees and/or agents of the Defendant District of Columbia at all times pertinent hereto. The Defendants made a decision to arrest and to detain the Plaintiff on charges of leaving after colliding property damage (hit and run) and failure to obey a law enforcement officer. The charges against the Plaintiff were subsequently modified to include the charge of operating after suspension. The Defendants knew or had reason to know that the Plaintiff did not leave the scene after colliding (property damage) and that the driver's permit of the Plaintiff had not been suspended during the anytime pertinent to this matter.

INTERROGATORY NO. 18: State in your own words exactly how the events described in the amended verified complaint occurred.

ANSWER:    The events occurred as is outlined in the amended verified complaint in "Facts Common to the Causes of Action".

INTERROGATORY NO. 19: State the place and location you were coming from just prior to your arrival at 1222 Fairmont Street, N. W., Washington, D.C. on July 5, 2014.

ANSWER:    I was coming from vicinity of 1090 Vermont Avenue, N. W.