UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| VERE O. PLUMMER, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) C. A. No. 15-cv-2147 (RDM) |
|  | ) |
| DISTRICT OF COLUMBIA, *et al*., | ) |
|  | ) |
| Defendants. | ) |

_____ )

## ORDER

Upon consideration of Defendants,  District of Columbia, Metropolitan Police

Department, District of Columbia Fire and Emergency Medical Services, Chief Henry Welsh,

Lieutenant John, Kutniewski, Police Officer Sandro Lukanovic, and Police Officer John

Nelson's, motion for summary judgment, it is this, ___ day of _____ 20___, hereby:

**ORDERED**, that the Defendants' motion is hereby GRANTED; and it is hereby further

**ORDERED**, that this case is dismissed with prejudice.


**SO ORDERED**.


Date:_____                    _____
                                               RANDOLPH D. MOSS
                                               United States District Judge




Copies to via CM/ECF:

Tilman L. Gerald, Esquire
tilmanlg@gmail.com

    *Counsel for Plaintiff*

1

David A. Jackson, Assistant Attorney General
davida.jackson@dc.gov

*Counsel for Defendant*