UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERE O. PLUMMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 15-cv-2147 (RDM) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ERRATA**
**REGARDING MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANTS'MOTION FOR SUMMARY JUDGMENT AND TABLE OF
AUTHORITIES**

Defendants file this errata for the purpose of re-filing their memorandum of points and

authorities in support of their motion for summary judgment [14, pgs. 3-43] because the

memorandum that was filed was not the final version, and it contained several errors.  The

memorandum accompanying this errata corrects citation errors, grammatical errors, and

punctuations errors that appear in the memorandum previously filed.   While these edits were

originally made before the motion was filed, it is now obvious that the edits were inadvertently

not saved in what should have been the final edited version of the memorandum.    There are no

substantive changes to legal arguments set forth in the memorandum.  All exhibits previously

filed are incorporated herein.

The Table of Authorities [14-2] is also re-filed because edits to the memorandum caused

the page numbers to change, which in turn changed the pages on which citations appear.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Michael K. Addo*
MICHAEL K. ADDO [1008971]
Chief, Civil Litigation Division, Section IV

/s/David A. Jackson
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW
Suite 630 South
Washington, DC  20001
 (202) 724-6618
 (202) 741-8999 (fax)
davida.jackson@dc.gov