# TABLE OF AUTHORITIES

## Cases

*Adams v. Williams*, 407 U.S. 143, 149, (1972) ............................................................... 18

*Albright v. Oliver, 510 U.S. 266, 273, 114 S. Ct. 807, 127 L. Ed. 2d 114 (1994)* ....................... 16

*Ammerman v. Newman*, 384 A.2d 637, 639 (D.C. 1978) ............................................................. 35

*Anderson v. Creighton*, 483 U.S. 635, 640 n.2 (1987) ..................................................... 10

*Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 252 (1986) ........................................................ 10

*Arbitraje Casa de Cambio, S.A. de C.V. v. United States Postal Service*, 297 F. Supp. 2d 165,

170 (D.D.C. 2003) ........................................................................................................ 12

*Ashcroft v. al-Kidd*, 563 U.S. 731, 742 (2011) ........................................................ 24, 25

*Awabdy v. City of Adelanto*, 368 F.3d 1062, 1066 (9th Cir. 2004).............................................. 35

*Baker v District of Columbia*, 326 F. 3d 1302, 1306-07 (D.C. Cir. 2003) .................................. 33

*Beck v. Ohio*, 379 U.S. 89, 91 (1964) ..................................................................... 18

*Bostic v. Henkels & McCoy, Inc.*, 748 A.2d 421, 425-26 (D.C. 2000)........................................ 30

*Bradshaw v. District of Columbia*, 43 A.3d 318, 323 (D.C. 2012) ....................................... 18, 26

*Braxton v. National Capital Housing Auth.*, 396 A.2d 215, 216-17 (D.C. 1978) (per curiam) ... 11

*Briscoe v. D.C.,* 62 A.3d 1275,1279 (D.C. 2012)................................................................. 37, 39

*Brown v. Argenbright Security, Inc*., 782 A.2d 752, 759-760 (D.C. App. 2001) ......................... 31

*Browning, et al. v. Clinton, et al*, 292 F.3d 235, 240-249, (D.C. Cir. 2002) ............................... 27

*Butz v. Economou*, 438 U.S. 478, 507 (1978)........................................................................... 23

*Celotex Corp. v. Catrett*, 477 U.S. 317, 323-24....................................................................... 9, 10

*City of Oklahoma City v. Tuttle,* 471 U.S. 808, 824 (1985).......................................................... 33

*Competitive Enter. Inst. V. Mann*, 150 A.3d 1213, 1261 (D.C. 2016) ....................................... 28

*Cooke-Seals v. District of Columbia*, 973 F. Supp. 184, 186 (D.D.C. 1997) ............................... 27

*Cooper v. Henderson*, 174 F. Supp. 3d 193, 200 (D.D.C. 2016).................................................... 12

*Currier v. Doran*, 242 F.3d 905, 923 (10th Cir. 2001) .................................................. 25

*Daniels v. Williams*, 474 U.S. 327, (1986) ..................................................... 34

*D.C. Water & Sewer Auth. V. Delon Hampton & Assocs.*, 851 A.2d 410, 412 (D.C. App. 2012)14

*DeWitt v. District of Columbia*, 43 A.3d 291, 296 (D.C. 2012) .................................................... 35

*District of Columbia v. Arnold & Porter*, 756 A.2d 535, 538 (D.C. 2000).................................... 30

*District of Columbia v. Dunmore*, 662 A.2d 1356, 1359 (D.C. 1995) ......................................... 14

*District of Columbia v. Fowler*, 497 A.2d 456, 461 (D.C. 1985).................................................. 37

*District of Columbia v. Minor*, 740 A.2d 523, 531 (D.C. 1999)................................................... 26

*District of Columbia v. Peters*, 527 A.2d 1269 (D.C. App. 1987) ............................................... 30

*District of Columbia v. White*, 442 A.2d 159, 164-165 (D.C. App. 1982)................................... 30

*District of Columbia v. Woodbury*, 136 U.S. 450, 463 (1890) .................................................... 37

*Doe v. District of Columbia*, 796 F. 3d 96, 104 (D.C. Cir. 2015) ............................................... 25

*Duncan v. Children's Nat. Medical Center*, 702 A.2d 207, 211 (D.C. 1997) ............................. 27

*Elkins v. District of Columbia*, 690 F.3d 554, 560-62 (D.C. Cir. 2012)...................................... 17

*Enders v. District of Columbia*, 4 A.3d 457, 461 (D.C. 2010) .............................................. 17, 22

*Funchess v. United States*, 677 A.2d 1019, 1020-21 (D.C. 1996)............................................... 18

*George v. Dade*, 769 A.2d 760, 765 (D.C. 2001)..............................................................………14

*Gerstein v. Pugh*, 420 U.S. 103, 121, (1975)................................................................. 18

*Gilbert v. Miodovnik*, 990 A.2d 983, 988 (D.C. 2010).................................................. 30

*Giles v. Shell Oil Corporation*, 487 A.2d 610, 613 (D.C. App. 1985) ......................................... 31

*Graham v. Connor, 490 U.S. 386, 395, 109 S. Ct. 1865, 104 L. Ed. 2d 443 (1989)* ................... 17

*Griggs v. Washington Metropolitan Area Transit Authority, et al.*, 2002 U.S. Dist. LEXIS 18413 ................................................................................................................................................. 30

*Groh v. Ramirez*, 540 U.S. 551, 567 (2004) ................................................................................ 23

*Gwinn v. District of Columbia*, 434 A.2d 1376, 1378 (D.C. 1981) .............................................. 14

*Harris v. United States VA*, 776 F.3d 907, 917 (D.C. Cir. 2015) ................................................ 16

*Hill v. District of Columbia*, 345 A.2d 867, 869 (D.C. 1975) ................................................ 13, 14

*Hill v. Metro. African Methodist Episcopal Church*, 779 A.2d 906, 908 (D.C. 2001)................. 30

*Holder v. District of Columbia*, 700 A.2d 738, 741(D.C. 1997) ................................................. 16

*Hunt v. District of Columbia*, No. 02-7044, 2002 U.S. App. LEXIS 18030 (D.C. Cir. 2002) (per curiam)....................................................................................................................................... 11

*Jarett v. Walker*, 201 A.2d 523, 526 (D.C. 1964)....................................................................... 35

*Joeckel v. Disabled Am. Veterans*, 793 A.2d 1279, 1282 (D.C. 2002)......................................... 36

*Jones v. District of Columbia Water and Sewer Authority* C.C. No. 12-cv-1454 (JEB), *2013 U.S. Dist. LEXIS*, 122483 *11 (D.D.C. 2013) ....................................................................................... 12

*King, et al v. Kidd*, 640 A.2d 656, 668 (D.C. App. 1993) ............................................................ 28

*Kotch v. District of Columbia*, 924 A.2d 1040, 1046 (D.C. 2007) .............................................. 28

*Lee v. District of Columbia,* 22 A. 3d 734, 743 (D.C. 2011)....................................................... 20

*Lynn v. District of Columbia*, 734 A.2d 168, 171 (D.C. 1999)..................................................... 39

*Martin v. District of Columbia*, 720 F. Supp. 2d 19 (D.D.C. 2010)………………………..…15

*Messina v. District of Columbia,* 663 A.2d 535, 537 (D.C. 1995) .............................................. 30

*Michigan v. DeFillippo*, 443 U.S. 31, 36 (1979) ........................................................................ 19

*Miller v. Spencer*, 330 A.2d 250, 251 n. 1 (D.C. 1974)............................................................... 11

*Mincey v. Arizona,* 437 U.S. 385, 392 (1978).............................................................................. 25

3

*Minch v. District of Columbia*, 952 A.2d 929, 940 (D.C. 2008) .................................................. 27

*Mitchell v. Forsyth*, 472 U.S. 511, 526 (1985) ............................................................... 24

*Monell v. New York City Dep't of Soc. Servs.*, 436 U.S. 658, 691 (1978) .................................... 35

*Moore v. Hartman*, 102 F.Supp.3d 35, 114-115 (D.C. Dist. 2015) .............................................. 35

*Morowitz v. Marvel*, 423 A.2d 196, 198 (D.C. 1980) ......................................................... 35

*Oden v. District of Columbia*, 79 F.2d 175, 176 (D.C. Cir. 1935) ............................................ 20

*Pearson v. Callahan*, 555 U.S. 223, 232 (2009) ...................................................... 25, 26

*Phelan v. City of Mount Rainer*, 805 A.2d 930, 936-941 (D.C. 2002) .......................................... 31

*Pitt v. District of Columbia*, 491 F.3d at 505 ...................................................... 35, 36

*Pitts v. District of Columbia,* 391 A.2d 803, 807 (D.C. 1978) ........................................ 14, 15

*Rajabi v. Potomac Electric Power Co.*, 650 A.2d 1319, 1322 (D.C 1994) ....................................... 37

*Ray v District of Columbia*, 535 A.2d 868, 869 n. 2 (D.C. 1987) ............................................. 11

*Reichle v. Howards*, 132 S. Ct. 2088, 2093 (2012) ......................................................... 25

*Roberson v. District of Columbia Board of Higher Education*, 359 A.2d 28, 31 n. 4 (D.C. 1976)

    ...................................................................................................... 11

*Samm v. Martin,* 940 A.2d 138, 142 (D.C. App. 2007) ....................................................... 31

*Sandwick v. District of Columbia*, 21 A.3d 997, (D.C. 2011) ............................................... 19

*Saucier v. Katz*, 533 U.S. 194, 201 (2001) ............................................................... 24

*Scott v. District of Columbia*, 101 F.3d 748, 753-54 (D.C. Circuit 1996) .................................. 18

*Shehyn v. District of Columbia*, 392 A.2d 1008, 1013 (D.C. 1978) .......................................... 14

*Smith v. District of Columbia, et al.*, 882 A.2d 778, 792-793 (D.C. App. 2005) ........................... 30

*Taylor v. Barkes*, 135 S. Ct. 2042, 2044 (2015) .......................................................... 25

*Trifax Corp. v. District of Columbia,* 53 F. Supp. 2d 20 (D.C. Cir. 1999) .................................. 11

4

*United States v. Christian,* 187 F.3d 663, 667, (D.C. Cir. 1999)............................................. 18, 19

*Warden Md. Penitentiary v. Hayden*, 387 U.S. 294, 298-99 (1964) ............................................. 25

*Washington Metro. Area Transit Auth. v. Ferguson*, 977 A.2d 375, 377 (D.C. 2009) ................ 38

*Weishapl v. Sowers*, 771 A.2d 1014, 1023 (D.C. 2001) ............................................................... 18

*Wesby v District of Columbia*, 765 F.3d 13, 19 (D.C. Circuit 2014)........................... 18, 19, 24, 29

*West v. Atkins,* 487 U.S. 42, 48 (1988) ......................................................................................... 33

*White, et al. v. Pauly* ..................................................................................................................... 24

*Williams v District of Columbia*, 9 A. 3d 484-493-94 (D.C. 2010)............................................... 28

*Wilson v. District of Columbia*, 2013 CA 0077332 B, 2016 D.C. Super. Lexis 3, \*4-5 (Feb. 2016)

......................................................................................................................................... 38

## Statutes

U.S. Const., amend. IV ................................................................................................................. 17

42 U.S. C. § 1983.............................................................................................. 29, 32, 33, 34

D.C. Code § 12-309 .......................................................................................................... 15, 16, 17

D.C. Code § 23-581 (a)(1)(A)........................................................................................................ 19

D.C. Code § 23-581 (a)(1)(B)........................................................................................................ 19

D.C. Code § 23-581 (a)(1)(D)........................................................................................... 19, 21, 25

D.C. Code § 43-1673 (1)................................................................................................................ 11

D.C. Code § 50-2201.02 (8)……………… ……………………………..…………………………19

D.C. Code § 50-2201.05c ........................................................................................................ 19, 20

D.C. Code § 50-2206.14 ................................................................................................................ 22

D.C. Code § 5-401 ........................................................................................................................ 12

DC Code § 5-101.01 ...................................................................................................................... 12

Rules

Fed. R. Civ. P. 26(a)(2).................................................................................................. 31

Fed. R. Civ. P. 56(a) .................................................................................................... 9

Fed. R. Civ. P. 30(b)(6)................................................................................................ 38

Fed.R.Civ.P. 56(e) ...................................................................................................... 10