**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

VERE O. PLUMMER,

   *Plaintiff*,

 v.

DISTRICT OF COLUMBIA *et al.*,

   *Defendants*.

Civil Action No. 15-2147 (TJK)

**ORDER**

  For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 14) is **GRANTED**, and

that judgment shall be **ENTERED** for Defendants.  This is a final, appealable Order.  The Clerk

of Court is directed to close the case.

  **SO ORDERED.**

         /s/ Timothy J. Kelly
         TIMOTHY J. KELLY
         United States District Judge

Date: June 20, 2018